AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 2:25-mj-644 |
| John Robert Shimizu | ) | |
| c/o Franklin County | ) | |
| Franklin County, OH 43215 | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 2023 to August 2025  in the county of  Franklin  in the Southern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875 | Extortion |
| 18 U.S.C. § 2251 | Sexual Exploitation of a Minor |
| 18 U.S.C. §§ 2252, 2252A | Distribution/Receipt/Possession of Child Pornography |
| 18 U.S.C. § 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:
See the attached Affidavit of which is fully incorporated herein.

☑ Continued on the attached sheet.

Amanda North
*Digitally signed by Amanda North*
*Date: 2025.11.13 16:23:29 -05'00'*

*Complainant's signature*

FBI TFO Amanda North
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 14, 2025

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In the matter of:** | : | |
| **United States of America** | : | Case No.: 2:25-mj-644 |
| v. | : | |
| **John Robert Shimizu** | : | |
| **c/o Franklin County** | : | Magistrate Judge: |
| **Franklin County, OH 43215** | : | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Amanda North (Your Affiant), a Special Agent (SA) with the Ohio Bureau of Criminal Investigation (BCI) and designated as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I, TFO Amanda North (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of Title 18 U.S.C. §§ 2251, 2252, and 2252A – the sexual exploitation of a minor, distribution, receipt, and/or possession of child pornography as well as Title 18 U.S.C. § 875, extortion via interstate communications, and Title 18 U.S.C. § 2261A(2), cyberstalking. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that John Robert Shimizu (**SHIMIZU**) committed the violations listed above.

2. I am a Special Agent (SA) with BCI, since 2021, and have been in the Special Victims Unit since 2013, where I was previously a Criminal Investigator. I have been a TFO at the FBI Columbus Resident Agency since early 2023. I am primarily responsible for investigating child sexual exploitation and internet crimes, as well as hands on offenses of abuse involving juveniles and the elderly. As part of my duties as a Special Agent, I investigate criminal violations relating to child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A.

3. As a TFO with the FBI, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

**FACTS SUPPORTING PROBABLE CAUSE**

4. On or about June 19, 2025, an online tip was received by the FBI National Threat Operations Center (NTOC), regarding the alleged sexual exploitation of minors via the application Snapchat. The report was submitted anonymously via an IP address which resolved to Mt. Shasta, California.

5. Law enforcement was able to ascertain that reporting party, a female minor born in June 2008, (herein after Minor Victim One or MV1), noted she had met John **SHIMIZU** on a teen chat platform approximately five (5) years ago. MV1 and **SHIMIZU** had numerous conversations and ultimately moved their communications to text messaging as well as Snapchat.

6. During their communications on Snapchat, **SHIMIZU** requested images and videos containing sexually explicit content of MV1 and MV1 complied. **SHIMIZU** continued to request content and advised the victim that he would kill her or anyone that tried to help her, if she ever left him.

7. On or about June 22, 2025, the NTOC received a phone call from John Doe, an 18-year-old male, who reported he was in a relationship with MV1. John Doe indicated that MV1 had been receiving threatening messages from **SHIMIZU**, a man that she previously communicated with online for several years. According to John Doe, MV1 tried to cut off contact with **SHIMIZU** and blocked him on her phone and social media outlets.

8. Law enforcement learned that **SHIMIZU** began reaching out to known associates of MV1, including her elderly grandparents[1,] John Doe, family members of John Doe, and mutual friends that MV1 and John Doe shared. In the messages, **SHIMIZU** made statements that he will come find MV1. John Doe advised that **SHIMIZU** was using an Instagram account, with identifiers Kaliee Colton and @cali.girl112, to contact friends of MV1 and John Doe. These accounts, according to John Doe, were purporting to be someone else reaching out on **SHIMIZU**'s behalf.

9. A subpoena was issued to Meta Platforms for the @cali.girl112 Instagram account identified by John Doe. Return results provided a phone number associated with the account and listed that number as (406) 694-9350. A check of law enforcement databases associated the phone number with John **SHIMIZU**.

10. The investigation also revealed **SHIMIZU** threatened to tell MV1's grandparents about the images that MV1 had sent to him. In his previous communications with MV1, he also informed her that he was from Ohio and that he was on parole "for child touching stuff or talking to minors." John Doe further indicated that **SHIMIZU** threatened to kill MV1's dog in front of her, and most recently, had sent two Amazon packages to the home address of MV1 to let MV1 know that he knows where MV1 lives.

---

[1] When your affiant spoke to MV1, she referred to her biological grandmother and grandfather as her "parents" and primary caretakers.

11. On or about July 7, 2025, law enforcement contacted John Doe via telephone to obtain additional information. John Doe was present with MV1 and put the phone on speaker. MV1 stated that she no longer had the Snapchat account that she communicated with **SHIMIZU** on and had blocked his phone number. MV1 also identified the Snapchat username for **SHIMIZU** as "johncarguy111".

12. MV1 stated that she does not know if **SHIMIZU** provided his real name, but that John **SHIMIZU** was the name that he gave her. MV1 further stated that she had been on Facetime calls with **SHIMIZU** and described him as a "late 20s to mid 30s, kind of chubby with a beer belly, Asian American man."

13. John Doe provided screenshots of an Instagram account, with username "tava46787", that had created posts that depicted images of MV1, calling her a whore and a liar. A subpoena issued to Meta for subscriber information provided a registration IP address of 66.213.109.42. A public search of the IP address resolves to the Ohio Public Library Information Network, specifically in Columbus, Ohio.

14. The investigation revealed that on February 4, 2021, **SHIMIZU** was sentenced in Franklin County to three years of community control under case number 19CR4808 after he pled guilty to Importuning (a felony in the fifth degree) in violation of ORC 2907.07 and was required to register as a Tier I sex offender. **SHIMIZU** violated the terms of his probation in January 2024 for failing to complete sex offender treatment and his probation was extended to 2026.

15. On or about July 7, 2025, law enforcement reached out to Franklin County Adult Probation and spoke with **SHIMIZU's** probation officer. He advised that the phone number on record for **SHIMIZU** as 614-812-7913.

16. Legal process and return results from Snapchat for username "johncarguy111" revealed the phone number associated with the account was listed as 614-812-7913. An email address of johnshimizu35@yahoo.com was listed as the recovery email as well.

17. Law enforcement then learned that Snapchat made a CyberTipline Report to NCMEC and requested the information be forwarded to the FBI. The CyberTipline Report 218076669 advised that a review of the "johncarguy111" account identified images of possible CSE (Child Sexual Exploitation) that had been shared with username "johnshimizu1" and saved in the account. Snapchat, Inc. provided the dates of receipt for those photographs as September 13, 2023 and May 10, 2024. The image file titled "*a950f949244cff4c19126d5417f29c30*" depicted a pubescent female standing fully nude in front of a bathroom mirror, taking a selfie with her breast and vagina unclothed and her face partially blocked. Your affiant confirmed this file depicted MV1. The video file titled "*fb45b115206133087758fa3ff69319e2*" depicts a second minor victim (MV2)- a pubescent female, nude, and laying in a bathtub. The view pans from her face down her nude body. In comparing the file to other files in SHIMIZU's snapchat responsive data, your affiant located additional nude photos, as well as non-nude photos of the when the same minor victim turned 15.

18. On or about August 27, 2025, a search warrant was obtained to analyze three devices that were seized and identified as belonging to **SHIMIZU**.

19. A review of the contents of the Google Pixel 6 cellular device belonging to **SHIMIZU** had an email address of fjess4354@gmail.com linked to the device. Emails within this email account included copies of pay stubs, which were then forwarded to **SHIMIZU**'s johnshimizu35@yahoo.com account. In addition, you affiant noted that **SHIMIZU** received an email from Quora, a search engine, on or about July 23, 2025, with a subject line "More related to 'What is the best free site for finding information about a phone number?'"

20. Within the emails in the account, on July 22, 2025, an email was received from Been Verified, indicating that search results were ready for a search conducted on "Diane A," which is known by investigators to be the grandmother of MV1. On July 28, 2025, an email with subject line "John, Your Report is Ready and 50% Off!" indicates that SHIMIZU conducted a search on Intelius for "Diane A" as well.

21. Within the "User Accounts" recovered from the Google Pixel 6 were the Instagram accounts for "cali.girl112" and "tava46787" as well. In addition, evidence that **SHIMIZU** had been posting on Reddit and seeking advice on how to harass or how to hire someone to harass an ex-girlfriend were also recovered.

22. Furthermore, on the Google Pixel 6 phone, a Snapchat thread was located between **SHIMIZU** utilizing the "johncarguy111" account and another Snapchat user (herein after SnapUser1). On June 28, 2025, **SHIMIZU** sent a message to SnapUser1 that contained the name and phone number of a relative and friend of MV1. A few days later, **SHIMIZU** sent SnapUser1 the telephone number of MV1 and name of MV1. Additional messages on Facebook revealed **SHIMIZU** had sent the name, address, and phone number of MV1 to another user as well as the information for John Doe and the grandparents of the MV1.

23. Your affiant also noted numerous messages sent by **SHIMIZU** to the family and friends of MV1. For example, on or about June 22, 2025, a text thread was initiated by **SHIMIZU**, utilizing Text Free Ultra, to make contact with MV1's grandmother. The thread began with **SHIMIZU** stating he wanted to discuss MV1 and John Doe with her. He went on to express his anger at MV1's relationship with John Doe. Four days later, on or about June 26, 2025, three messages with links to screenshots of conversations about MV1 and John Doe were sent to MV1's grandmother with a follow-up message stating "Look at those of [MV1]."

24. On or about July 16, 2025, three messages with links to screenshots of conversations about MV1 and John Doe were again sent to MV1's grandmother.

25. On July 25, 2025, **SHIMIZU** sent threatening messages to the grandmother of MV1, threatening to call the police to her house. On July 29, 2025, another link to screenshots of conversations about MV1 and John Doe were sent to the grandmother of MV1 and two

days later, five images of screenshots of conversations about MV1 and John Doe were sent to her grandmother again.

26. Your affiant also obtained a federal search warrant to Reddit in September 2025 for accounts linked **SHIMIZU**. The responsive data indicated that the account was created on April 27, 2023, with verified email address fjess4354@gmail.com. The full content of the posts **SHIMIZU** made about MV1 were also recovered and revealed that between July 12, 2025 and August 8, 2025, **SHIMIZU** made three posts requesting assistance with an ex-girlfriend. On July 26, 2025, on subreddit "darknet," the post read, "I can get revenge on an ex gf and her new bf and get her new number lol or anyone want to help message me lol." On July 29, 2025, a post on subreddit "darknet" read, "Anyone know dark web chat rooms I can get help breaking up my ex and her new bf and stuff lol." On the same date on subreddit "deepweb," the posts asks, "anyone know chat rooms or something I can go on the dark web and find someone to help break up my ex and her new bf and to get her number."

27. In a chat conversation with an unknown user, beginning on July 9, 2025, **SHIMIZU** engaged in an exchange in which he was seeking out someone to scare John Doe, the boyfriend of MV1. **SHIMIZU** concocted a story about John Doe grooming MV1 and being a "pedophile" and looking to pay someone to keep him away from MV1. **SHIMIZU** held himself out as a "18 and a broke college student" but transferred money to the unknown user via CoinBase in order to hire the unknown user to scare John Doe. This transaction was also seen within **SHIMIZU'** Google Pixel phone. **SHIMIZU** then provided the name, number, address, and Snapchat information for John Doe, friends of John Doe, MV1, and the family of MV1 to the unknown user. The following conversation then ensued:

- /u/[deleted]: How far do you want this to go then?
- **SHIMIZU:** **Him gone IDC what u do to him**
- **SHIMIZU**: **Scare him would be great**
- **SHIMIZU:** **U think u can convince her mom into forcing her kid to get away from the guy?**
- **SHIMIZU**: **what ever works. Just want him away from her**
- /u/[deleted]: Well ill be honest with you yes but it would probably cost a little bit more maybe $20 extra in ETH, I would contact the mother directly in person, I don't live far from some of the addresses, then I would contact CPS and file multiple AI bot complaints about him to convince them to not let him ever see her. Then it would go deeper but that up to you again
- **SHIMIZU**: **What can u do with what I gave you**
- /u/[deleted]: Everything except getting the kid taken away but if that comes naturally to the outcome ill do it for free fuck it
- **SHIMIZU**: **I Mean I dnt want my ex taken away from her parents**

- **SHIMIZU**:        lol. I mean like just make him scared or get her parents involved to force them apart. Cuz if u use her parents it makes ur job easier right.
- **SHIMIZU**:        And I will send u like what I can when I get paid?
- **SHIMIZU**:        Is that ok
- /u/[deleted]:        yes deal

## CONCLUSION

28. Based upon the above information, your affiant submits there is probable cause to believe John **SHIMIZU** has committed violations of Title 18 U.S.C. §§ 2251, 2252, and 2252A – the sexual exploitation of a minor, distribution, receipt, and/or possession of child pornography as well as Title 18 U.S.C. § 875, extortion via interstate communications, and Title 18 U.S.C. § 2261A(2), cyberstalking. Therefore, your affiant respectfully requests this court to issue a federal criminal complaint and arrest warrant for John **SHIMIZU.**

Respectfully submitted,

Amanda North  
*Digitally signed by Amanda North*  
*DN: CN=Amanda North*  
*Reason: I am the author of this document*  
*Location:*  
*Date: 2025.11.13 16:26:04 -05'00'*  
*Foxit PDF Editor Version: 13.1.5*

Amanda North  
TFO  
Federal Bureau of Investigation

Subscribed and sworn to before me on November __14__, 2025

Kimberly A. Jolson  
United States Magistrate Judge